UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TEMAHAGARI RUBIN,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR,<br><br>    Respondent. | Case No. 2:24-cv-00260-TL-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the report and recommendation, the petition for writ of federal habeas corpus relief under 28 U.S.C. §2241, and the remaining record, and having received no objections, hereby finds and ORDERS:

(1) the Magistrate Judge's report and recommendation is ADOPTED;

(2) The Government's motion to dismiss (Dkt. 6) is GRANTED, petitioner's habeas corpus petition (Dkt. 1) is DENIED and this matter is DISMISSED with prejudice; and

(3) the Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

Dated this 16th day of July, 2024.

Tana Lin
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1